UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LYDIA MARIAN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:05-CV-224 |
| ) | (VARLAN/GUYTON) |
| PETRO STOPPING CENTER KNOXVILLE, ) | |
| TENNESSEE and PETRO STOPPING ) | |
| CENTER L.P. EL PASO, TEXAS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on July 26, 2005 [*see* Doc. 7]. There have been no timely objections to the Report and Recommendation by plaintiff, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 7] and **GRANTS** defendants' motion to compel arbitration [Doc. 4]. Accordingly, the parties are **DIRECTED** to arbitrate all issues raised, and this case is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE